IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONYA LEIGH ANDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) CIVIL ACTION 2:01cv894-D |
| v. | )                    (WO) |
| | ) |
| **UNUM LIFE INS. CO. OF AMERICA,** | ) |
| d/b/a UNUM Provident Corp., | ) |
| | ) |
| **Defendant.** | ) |

**FINAL JUDGMENT**

In accordance with the accompanying memorandum opinion and order and Rule 58 of the Federal Rules of Civil Procedure, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Plaintiff Donya Anderson, and against Defendant Unum Life Insurance Company of America, in the amount of $6099.97, together with prejudgment interest at a rate of 1.5% per month to be calculated from June 23, 2000, to today's date of judgment, together with costs herein incurred, for all of which let execution issue.

It is further CONSIDERED and ORDERED that payment of the proceeds of the judgment and costs shall be made directly to both Plaintiff and her attorney(s), and that, upon receipt thereof, Plaintiff and her attorney(s) shall satisfy said judgment on the records of this Court. See M.D. ALA. L.R. 58.1

DONE this 13th day of February, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE